IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANGELA K. NIELSON, individually and on behalf of THE ESTATE OF BRETT W. NIELSON; RYLEE NIELSON; ERIC NIELSON; and LINDA NIELSON,<br><br>Plaintiffs,<br><br>v.<br><br>HARLEY-DAVIDSON MOTOR COMPANY GROUP, LLC; GOODYEAR DUNLOP TIRES NORTH AMERICA, LTD.; THE GOODYEAR TIRE & RUBBER CO.; SUMITOMO RUBBER USA, LLC; and BELLINGHAM HARLEY-DAVIDSON, INC.,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:18-cv-00013-DN-PK<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT:

(1) Judgment is entered in favor of Defendant Harley-Davidson Motor Company Group, LLC and against Plaintiffs. Plaintiffs' claims and this action against Defendant Harley-Davidson Motor Company Group, LLC are DISMISSED with prejudice.

(2) Judgment is entered in favor of Defendant Goodyear Dunlop Tires North America, Ltd. and against Plaintiffs. Plaintiffs' claims and this action against Defendant Goodyear Dunlop Tires North America, Ltd. are DISMISSED with prejudice.

(3) Judgment is entered in favor of Defendant The Goodyear Tire & Rubber Co. and against Plaintiffs. Plaintiffs' claims and this action against Defendant The Goodyear Tire & Rubber Co. are DISMISSED with prejudice.

(4)     Judgment is entered in favor of Defendant Sumitomo Rubber USA, LLC and against Plaintiffs. Plaintiffs' claims and this action against Defendant Sumitomo Rubber USA, LLC are DISMISSED with prejudice.

(5)     Plaintiffs' claims and this action against Defendant Bellingham Harley-Davidson, Inc. are DISMISSED without prejudice for Plaintiffs' failure to timely serve and prosecute.

Signed March 22, 2021.

                              BY THE COURT

                              _____
                              David Nuffer
                              United States District Judge